UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Brenda K. Taite

        v.                                  Civil No. 06-cv-428-JM

Paula Morin

O R D E R

The court granted the parties Joint Assented to Motion to Stay the Case Until the Pending Appeal has been resolved. Therefore, the pending Motion for Reconsideration shall be terminated pending appeal. Upon ruling from the First Circuit Court of Appeals, the motion may be reopened.

SO ORDERED.

September 5, 2007                              /s/James R. Muirhead
                                                          James R. Muirhead
                                                          United States Magistrate Judge

cc:     Brenda K. Taite, pro se
           T. David Plourde, AUSA